Kaighn v. Burgin.

ten days from the date of the order, pay the amounts directed to be paid by them in the final decree into the hands of Thomas E. French, a special master of this court, the defendant shall, within ten days after the notification of such payment and of this order given to her or to her solicitor, execute to the complainants the conveyance directed by the final decree in this cause and deliver the same to the said master, receiving therefor the moneys so as aforesaid deposited with him by said complainants; and that if the complainants fail to make payment as aforesaid, the bill shall be dismissed as directed by the said final decree; and if the defendant fails to make conveyance as required by the order, the complainants shall be at liberty to apply to this court for further relief.

*Mr. John F. Harned,* for the appellant.

*Mr. David J. Pancoast,* for the respondents.

---

JOSEPH KAIGHN, appellant,

*v.*

WILLIAM M. BURGIN, trustee, respondent.

On appeal from a decree advised by Vice-Chancellor Grey, whose opinion is reported in *Burgin* v. *Rutherford, 11 Dick. Ch. Rep. 666.*

Kaighn *v.* Burgin.

*Mr. Samuel H. Richards,* for the appellant.

*Mr. Martin V. Bergen,* for the respondent.

PER CURIAM.

Decree affirmed, for the reason given in the court of chancery as to the jurisdiction of the court over the case and the right of the mortgagee to redeem the interest of the appellant in the property acquired under a tax sale under the Martin act, and reversed as to costs, which were adjudged against the appellant in the court of chancery.

*For concurrence*—DEPUE, LIPPINCOTT, LUDLOW, VAN SYCKEL, HENDRICKSON, NIXON, VREDENBURGH—7.

*For non-concurrence*—COLLINS, DIXON, ADAMS, BOGERT—4.